```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 26734
   DONALD PATRICK
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2319

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/06/2005 and was confirmed 08/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 08/29/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG      .00           .00             .00
BANK OF AMERICA NA         MORTGAGE ARRE  1080.74           .00         1080.74
AMERICREDIT FINANCIAL SV   SECURED        7371.09        903.77         5538.82
AMERICREDIT FINANCIAL SV   UNSECURED    NOT FILED           .00             .00
VILLAGE OF DOLTON          SECURED        2000.00           .00         1413.97
ROBERT J ADAMS & ASSOC     PRIORITY     NOT FILED           .00             .00
CODILIS & ASSOCIATES ^     NOTICE ONLY  NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED    NOT FILED           .00             .00
WEST ASSET MANAGEMENT      UNSECURED    NOT FILED           .00             .00
NICOR GAS                  UNSECURED       586.49           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        UNSECURED    NOT FILED           .00             .00
BANK OF AMERICA MORTGAGE   UNSECURED    NOT FILED           .00             .00
CHECK N GO                 UNSECURED    NOT FILED           .00             .00
CHECK N GO                 UNSECURED    NOT FILED           .00             .00
CREDIT COLLECTION SERVIC   UNSECURED    NOT FILED           .00             .00
ICS INC                    UNSECURED    NOT FILED           .00             .00
NATIONAL ACTION FINANCIA   UNSECURED    NOT FILED           .00             .00
SORMAN & FRANKEL LTD       UNSECURED    NOT FILED           .00             .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    1,710.00                      1,710.00
TOM VAUGHN                 TRUSTEE                                        550.30
DEBTOR REFUND              REFUND                                         164.40

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 11,362.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 26734 DONALD PATRICK
```

```
PRIORITY                                                              .00
SECURED                                                          8,033.53
     INTEREST                                                      903.77
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,710.00
TRUSTEE COMPENSATION                                               550.30
DEBTOR REFUND                                                      164.40
                                     ---------------     ---------------
TOTALS                                     11,362.00           11,362.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE